<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:
**DISTRICT OF NEVADA**

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an
   amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**          **AQUA VERDE INVESTMENT GROUP, LLC.**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**          8  0  –  5  5  0  5  5  0  5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **6510 ARC DOME DRIVE** | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | **CARSON CITY**    **NV**    **89701** | |
   | City                State    ZIP Code | City                State    ZIP Code |
   | **CARSON CITY** | Location of principal assets, if different from principal place of business |
   | County | |
   | | **447 LAKESHORE BOULEVARD** |
   | | Number     Street |
   | | **INCLINE VILLAGE**    **NV**    **89451** |
   | | City                State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other.  Specify: _____

Debtor **AQUA VERDE INVESTMENT GROUP, LLC.** _____    Case number (if known) _____

**7.    Describe debtor's business**

_A.  Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

_B.  Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

_C._  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

_Check one:_

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    _Check all that apply:_

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **AQUA VERDE INVESTMENT GROUP, LLC.**                                    Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes.  District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY<br><br>          District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY<br><br>          District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases.  If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes.  Debtor _____  Relationship _____<br>          District _____  When _____<br>                                                                MM / DD / YYYY<br>          Case number, if known  _____<br><br>          Debtor _____  Relationship _____<br>          District _____  When _____<br>                                                                MM / DD / YYYY<br>          Case number, if known  _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**        _____
                                 Number        Street

                                 _____

                                 _____
                                 City                        State        ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency    _____

         Contact name        _____

         Phone               _____

---

| | **Statistical and adminstrative information** |
|---|---|

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **AQUA VERDE INVESTMENT GROUP, LLC.** _____    Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/24/2024**
MM / DD / YYYY

X  **/s/ GARY J. HILL** _____
Signature of authorized representative of debtor

**GARY J. HILL** _____
Printed name

**MANAGING MEMBER** _____
Title

**18. Signature of attorney**

X  **/s/ Sean P. Patterson** _____    Date **06/24/2024** _____
Signature of attorney for debtor                            MM / DD / YYYY

**Sean P. Patterson** _____
Printed name

**Sean Patterson, Esq.** _____
Firm name

**232 Court Street** _____
Number        Street

_____

**Reno** _____          **NV**        **89501** _____
City                                                         State        ZIP Code

**(775) 786-1615** _____          **Illegalpat@aol.com** _____
Contact phone                                               Email address

**5736** _____          _____
Bar number                                                  State

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA
### RENO DIVISION

In re  **AQUA VERDE INVESTMENT GROUP, LLC.**            Case No. _____

                                                        Chapter   **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................  **$6,000.00**

    Prior to the filing of this statement I have received.......................................................  **$6,000.00**

    Balance Due..............................................................................................................     **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor              ☑ Other (specify)
                          **THIS FEE AGREEMENT DOES NOT INCLUDE ADVERSARIES AND APPEALS.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/24/2024 | /s/ Sean P. Patterson | |
|---|---|---|
| *Date* | *Sean P. Patterson* | Bar No.  5736 |
| | Sean Patterson, Esq. | |
| | 232 Court Street | |
| | Reno, NV 89501 | |
| | Phone: (775) 786-1615 / Fax: (775) 322-7288 | |

---

**/s/ GARY J. HILL**

*GARY J. HILL*
*MANAGING MEMBER*

**Fill in this information to identify the case:**

Debtor Name **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$13,500,000.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ | **$248,000.00** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. | **$13,748,000.00** |

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$6,806,000.00** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$7,000.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+ $1,316,500.00** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................. | **$8,129,500.00** |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

Debtor name  **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

**Schedule A/B: Assets -- Real and Personal Property**                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Cash and cash equivalents</strong></td></tr>
</table>

**1.   Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of
debtor's interest

**2.   Cash on hand**                    _____

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
account number

3.1.   **Checking account (NEVADA STATE BANK)**    **Checking account**    __ __ __ __    **$13,000.00**

**4.   Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

**5.   Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    **$13,000.00**

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Deposits and prepayments</strong></td></tr>
</table>

**6.   Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known) _____
          Name

                                            **Current value of
debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

      Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

8.1.   **THE DEBTOR HAS A DEPOSIT FOR A PENDING LOAN TO PAYOFF THE DEBT.**

      **THIS IS WITH CARLYLE CAPITAL.** _____    **$43,000.00**

**9.**   **Total of Part 2.**
      Add lines 7 through 8.  Copy the total to line 81.                    **$43,000.00**

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

      ☐ No.  Go to Part 4.
      ☑ Yes.  Fill in the information below.

                                            **Current value of
debtor's interest**

**11.**  **Accounts receivable**

11a.  90 days old or less:  ____**$0.00**____ – ____**$0.00**____ = .............. ➔    **$0.00**
                      face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:  ____**$117,000.00**____ – ____**$0.00**____ = .............. ➔    **$117,000.00**
                      face amount        doubtful or uncollectible accounts

**12.**  **Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$117,000.00**

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

      ☑ No.  Go to Part 5.
      ☐ Yes.  Fill in the information below.

                               **Valuation method
used for current value**    **Current value of
debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                    % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

      Describe:

**17.**  **Total of Part 4**
      Add lines 14 through 16.  Copy the total to line 83.                    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

      ☐ No.  Go to Part 6.
      ☑ Yes.  Fill in the information below.

Debtor   **AQUA VERDE INVESTMENT GROUP, LLC.**                        Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **THE DEBTOR HAS BUILDING MATERIALS.** | | | | |
| **1. CEMENT-$15,000** | | | | |
| **2. WOOD-$60,000** | 05/08/2023 | $75,000.00 | APPRAISAL | $75,000.00 |

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                    | **$75,000.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                    | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**    Case number (if known) _____
          Name

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

---

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known) _____
_____
          Name

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **447 LAKESHORE BOULEVARD**<br>**INCLINE VILLAGE, NV 89451**<br>**Parcel: 123-250-07**<br>**SEMI-DEVELOPED LAND**<br>**THE PROPERTY IS IN ESCROW FOR**<br>**$16,500,000.** | FEE SIMPLE | $13,500,000.00 | APPRAISAL | $13,500,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$13,500,000.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**    Case number (if known) _____
          Name

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.    | $0.00 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
     ☐ No
     ☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☐ No
     ☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

### Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

**71.  Notes receivable**

     Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.    | $0.00 |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

06/24/2024 03:23:44pm

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**
       Name

Case number (if known) _____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $43,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $117,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................➔ | | $13,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $248,000.00 | + 91b. $13,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................. | | $13,748,000.00 |

**Fill in this information to identify the case:**

Debtor name __**AQUA VERDE INVESTMENT GROUP, LLC.**__

United States Bankruptcy Court for the: __**DISTRICT OF NEVADA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** HARDY COMMUNITY PROPERTY TRUS **Creditor's mailing address** P.O. BOX 12429 _____ ZEPHYR COVE    NV    89448 **Creditor's email address, if known** _____ **Date debt was incurred** 3-22 **Last 4 digits of account number** ___ ___ ___ ___ **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien** SEMI-DEVELOPED LAND **Describe the lien** FIRST DEED OF TRUST **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,100,000.00 | $13,500,000.00 |

1) HARDY COMMUNITY PROPERTY TRUST; 2) WGASA, LLC.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $6,806,000.00

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

|  |  | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**  Creditor's name
**WGASA, LLC**

Creditor's mailing address
**C/O 4GROUP, LLC**

**16115 N. 81st STREET**

_____

**SCOTTSDALE        AZ    85260**

Creditor's email address, if known

_____

Date debt was incurred    **5-23**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

---

Describe debtor's property that is
subject to a lien

**SEMI-DEVELOPED LAND**          **$1,706,000.00**    **$13,500,000.00**

Describe the lien

**SECOND DEED OF TRUST**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ALLIED FORECLOSURE SERVICES** | Line   **2.2** | ___ ___ ___ ___ |
| **190 W. HUFFAKER LANE #408** | | |
| **RENO**                    **NV**    **89511** | | |
| **C/O ALLIED NOTE SERVICING** | Line   **2.1** | ___ ___ ___ ___ |
| **P.O. BOX 17942** | | |
| **RENO**                    **NV**    **89511** | | |

**Fill in this information to identify the case:**

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $7,000.00 | $7,000.00 |

**2.1**   **Priority creditor's name and mailing address**

**WASHOE COUNTY TREASURER**

**P.O. BOX 30039**

**RENO**     **NV**   **89520**

Date or dates debt was incurred
**2023-24**

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**PROPERTY TAX**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**CLEAR PLAN MODELING**

**1107 BUCKINGHAM DRIVE APT F**

☐ Contingent
☐ Unliquidated
☐ Disputed

**COSTA MESA**          **CA**    **92626**

Basis for the claim:
**FOR UNPAID SERVICES**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**GARY HILL**

**6510 ARC DOME DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CARSON CITY**          **NV**    **89701**

Basis for the claim:
**Unpaid Loan**

Date or dates debt was incurred    **2024**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**THIS DEBT IS TO AN INSIDER.**

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,000.00** |
|---|---|---|---|

**JIM WENINGER**

**603 S. CARSON STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CARSON CITY**          **NV**    **89703**

Basis for the claim:
**BREACH OF LEASE**

Date or dates debt was incurred    **2023-24**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,000.00** |
|---|---|---|---|

**MNW CONSTRUCTION**

**561 MARK WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CARSON CITY**          **NV**    **89706**

Basis for the claim:
**FOR UNPAID SERVICES**

Date or dates debt was incurred    **2022-23**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| 3.5 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:                          $5,500.00
*Check all that apply.*

**WELLS FARGO BANK**                                             ☐ Contingent

**1 HOME CAMPUS**                                                ☐ Unliquidated
                                                                ☐ Disputed

**Basis for the claim:**

**DES MOINES**                    IA      50306                 **Credit Card**

Date or dates debt was incurred    **2016-24**                 **Is the claim subject to offset?**
                                                                ☑ No
Last 4 digits of account number    ___ ___ ___ ___             ☐ Yes

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $7,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $1,316,500.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $1,323,500.00 |

**Fill in this information to identify the case:**

Debtor name **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known) _____  Chapter ___**11**___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name    **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

</td><td>

☐ Check if this is an
amended filing

</td></tr>
</table>

Official Form 206H

## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case and this filing:**

Debtor Name    **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/24/2024**            X **/s/ GARY J. HILL**
        MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                **GARY J. HILL**
                                Printed name
                                **MANAGING MEMBER**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/02/2024**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| For prior year: | From **01/02/2023**<br>MM / DD / YYYY | to | **01/01/2024**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| For the year before that: | From **01/02/2022**<br>MM / DD / YYYY | to | **01/01/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                    Case number (if known)    _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                                Case number (if known) _____
              Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**
Name                                        Case number (if known) _____

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **WELLS FARGO BANK** <br> Name <br><br> Street <br><br> **RENO**　　**NV** <br> City　　State　ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **5-24** | **$55,723.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **EDWARD & JAMES WENINGER** <br> Name <br><br> **3160 ASPHALT DR.** <br> Street <br><br> **CARSON CITY**　**NV**　**89706** <br> City　　State　ZIP Code | **GARY & KIMBERLY HILL** <br> Address <br> **6510 ARC DOME DRIVE** <br> **CARSON CITY** | **BUILDING SUPPLIES** | ☐ No <br> ☑ Yes |

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                  Case number (if known) _____
          Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service | |
|---|---|---|---|
| 26a.1. | **TOM ROWLEY** | From  **5-14** | To  **PRESENT** |
| | Name | | |
| | **TR-R INT. LLC.** | | |
| | Street | | |
| | | | |
| | City                          State        ZIP Code | | |

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                              Case number (if known) _____
                Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **GARY HILL** | **6510 ARC DOME DR. CARSON CITY, NV 89701** | **MANAGING MEMBER** | **50%** |
| **KIMBERLY HILL** | **6510 ARC DOME DR. CARSON CITY, NV 89701** | **CO-MANAGING MEMBER** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes.  Identify below.

Name of the parent corporation                                  Employer Identification number of the parent corporation
**NAPLES INVESTMENTS FAMILY LIMITED PART.**                      EIN: <u>8</u>  <u>7</u> – <u>0</u>  <u>7</u>  <u>3</u>  <u>9</u>  <u>0</u>  <u>5</u>  <u>4</u>

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Debtor    **AQUA VERDE INVESTMENT GROUP, LLC.**                                    Case number (if known) _____
           Name

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/24/2024**
              MM / DD / YYYY

**X** **/s/ GARY J. HILL**                                                        Printed name  **GARY J. HILL**
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor **MANAGING MEMBER**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 7

---

**Fill in this information to identify the case:**

Debtor name **AQUA VERDE INVESTMENT GROUP, LLC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MNW CONSTRUCTION 561 MARK WAY CARSON CITY, NV 89706 | | FOR UNPAID SERVICES | | | | $260,000.00 |
| 2 | JIM WENINGER 603 S. CARSON STREET CARSON CITY, NV 89703 | | BREACH OF LEASE | | | | $44,000.00 |
| 3 | WASHOE COUNTY TREASURER P.O. BOX 30039 RENO, NV. 89520 | | PROPERTY TAX | | | | $7,000.00 |
| 4 | CLEAR PLAN MODELING 1107 BUCKINGHAM DRIVE APT F COSTA MESA, CA 92626 | | FOR UNPAID SERVICES | | | | $7,000.00 |
| 5 | WELLS FARGO BANK 1 HOME CAMPUS DES MOINES, IA 50306 | | Credit Card | | | | $5,500.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

IN RE:   **AQUA VERDE INVESTMENT GROUP, LLC.**                          CASE NO

                                                                                                         CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

 The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/24/2024 _____          Signature   **/s/ GARY J. HILL** _____
                                                                                                  ***GARY J. HILL***
                                                                                                  ***MANAGING MEMBER***

Date _____          Signature   _____

ALLIED FORECLOSURE SERVICES
190 W. HUFFAKER LANE #408
RENO, NV 89511


C/O ALLIED NOTE SERVICING
P.O. BOX 17942
RENO, NV 89511


CLEAR PLAN MODELING
1107 BUCKINGHAM DRIVE APT F
COSTA MESA, CA 92626


GARY HILL
6510 ARC DOME DR.
CARSON CITY, NV 89701


HARDY COMMUNITY PROPERTY TRUST
P.O. BOX 12429
ZEPHYR COVE, NV 89448


JIM WENINGER
603 S. CARSON STREET
CARSON CITY, NV 89703


MNW CONSTRUCTION
561 MARK WAY
CARSON CITY, NV 89706


WASHOE COUNTY TREASURER
P.O. BOX 30039
RENO, NV. 89520


WELLS FARGO BANK
1 HOME CAMPUS
DES MOINES, IA 50306

WGASA, LLC
C/O 4GROUP, LLC
16115 N. 81st STREET
SCOTTSDALE, AZ 85260

06/24/2024 03:23:56pm

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

IN RE:                                                                          CHAPTER    **11**

**AQUA VERDE INVESTMENT GROUP, LLC.**

DEBTOR(S)                                                              CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**MANAGING MEMBER**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**6/24/2024**_____          Signature:__ /s/ **GARY J. HILL**_____
                                                                                       *GARY J. HILL*
                                                                                       **MANAGING MEMBER**

06/24/2024 03:23:56pm

*Sean P. Patterson, Bar No. 5736*
*Sean Patterson, Esq.*
*232 Court Street*
*Reno, NV 89501*
*(775) 786-1615*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*DISTRICT OF NEVADA*
*RENO DIVISION*

In re:                                            Case No.:
**AQUA VERDE INVESTMENT GROUP, LLC.**          SSN:  80-5505505
_____              SSN: _____
Debtor(s)                                         **Numbered Listing of Creditors**

Address:
**6510 ARC DOME DRIVE**                          Chapter:    **11**
**CARSON CITY, NV 89701**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  ALLIED FORECLOSURE SERVICES<br>190 W. HUFFAKER LANE #408<br>RENO, NV 89511 | Unsecured Claim | $0.00 |
| 2.  C/O ALLIED NOTE SERVICING<br>P.O. BOX 17942<br>RENO, NV 89511 | Unsecured Claim | $0.00 |
| 3.  CLEAR PLAN MODELING<br>1107 BUCKINGHAM DRIVE APT F<br>COSTA MESA, CA 92626 | Unsecured Claim | $7,000.00 |
| 4.  GARY HILL<br>6510 ARC DOME DR.<br>CARSON CITY, NV 89701 | Unsecured Claim | $1,000,000.00 |
| 5.  HARDY COMMUNITY PROPERTY TRUST<br>P.O. BOX 12429<br>ZEPHYR COVE, NV 89448 | Secured Claim | $5,100,000.00 |
| 6.  JIM WENINGER<br>603 S. CARSON STREET<br>CARSON CITY, NV 89703 | Unsecured Claim | $44,000.00 |

in re:  **AQUA VERDE INVESTMENT GROUP, LLC.**

| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    MNW CONSTRUCTION<br>561 MARK WAY<br>CARSON CITY, NV 89706 | Unsecured Claim | $260,000.00 |
| 8.    WASHOE COUNTY TREASURER<br>P.O. BOX 30039<br>RENO, NV. 89520 | Priority Claim | $7,000.00 |
| 9.    WELLS FARGO BANK<br>1 HOME CAMPUS<br>DES MOINES, IA 50306 | Unsecured Claim | $5,500.00 |
| 10.   WGASA, LLC<br>C/O 4GROUP, LLC<br>16115 N. 81st STREET<br>SCOTTSDALE, AZ 85260 | Secured Claim | $1,706,000.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **AQUA VERDE INVESTMENT GROUP, LLC.** ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___2___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ GARY J. HILL**                                              Date: 6/24/2024
          **GARY J. HILL**
          **MANAGING MEMBER**